JOAN E. COCHRAN, ESQ., SBN 128251
joan@cochranlaw1.com
LISA KRALIK HANSEN, ESQ., SBN 149455
lisa@cochranlaw1.com
**COCHRAN, DAVIS & ASSOCIATES, P.C.**
36 Malaga Cove Plaza, Suite 206
Palos Verdes Estates, CA 90274
(310) 373-0900 - telephone
(310) 373-0244 – facsimile

**Attorneys for Defendant,
CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON, SUBSCRIBING
TO CERTIFICATE NO. SRD526993**

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM STUART RUBIN and ANNETTE RUBIN,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO CERTIFICATE NO. SRD526993,<br><br>Defendant. | Case No. 2:17-cv-07627-PSG-SSx<br><br>**ORDER REGARDING STIPULATION FOR PROTECTIVE ORDER** |

1

**[PROPOSED] ORDER REGARDING STIPULATION FOR PROTECTIVE ORDER**

**Case No. 2:17-cv-07627-PSG-SSx**

# ORDER

Having considered the Stipulated Protective Order submitted by the Parties on September 19, 2018, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the Stipulated Protective Order is hereby ENTERED and shall govern the production and disclosure of confidential documents and information in this action.

Dated: 10/02/18  _____/S/_____
Suzanne H. Segal
United States Magistrate Judge